IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BRUGOS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1548 |
| ) | |
| DICK'S SPORTING GOODS, INC. ) | |
|     Defendant. ) | |

O R D E R

Therefore, this 29th day of March, 2007, IT IS HEREBY ORDERED that Plaintiff's Motion to Bar Defendant's Subpoena of Documents [document #4] is DENIED AS MOOT.

BY THE COURT:

_____, J.

cc:   All Counsel of Record