IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BRUGOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 06-1548 |
| DICK'S SPORTING GOODS, INC., | ) ELECTRONICALLY FILED |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate and agree that all claims asserted by Plaintiff Jill Brugos in the above-captioned matter shall be dismissed with prejudice.

Respectfully submitted,

s/ Sylvia Denys
Sylvia Denys – PA ID #30222
Law Office of Sylvia Denys
denyslaw@telerama.com
1220 Grant Building
330 Grant Street
Pittsburgh, PA 15219-2257
(412) 681-6554
(412) 681-6557 *facsimile*

*Counsel for Plaintiff*
*Jill Brugos*

Respectfully submitted,
JACKSON LEWIS LLP

s/ Douglas G. Smith
Douglas G. Smith – PA ID #56834
smithd@jacksonlewis.com
One PPG Place, 28th Floor
Pittsburgh, PA 15222
(412) 232-0404
(412) 232-3441 *facsimile*

*Counsel for Defendant*
*Dick's Sporting Goods, Inc.*

SO ORDERED THIS 21st DAY OF Aug, 2007.

_____
JUDGE GARY L. LANCASTER